Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida ▾

_____ Division

| | |
|---|---|
| Michael James Ross<br>PollutionScience.com | ) Case No. 2:24-cv-859-JLB-KCD<br>) _(to be filled in by the Clerk's Office)_<br>) |
| _____<br>_Plaintiff(s)_<br>_(Write the full name of each plaintiff who is filing this complaint._<br>_If the names of all the plaintiffs cannot fit in the space above,_<br>_please write "see attached" in the space and attach an additional_<br>_page with the full list of names.)_ | )<br>) Jury Trial: _(check one)_ ✔ Yes ☐ No<br>)<br>)<br>) |
| -v- | )<br>) |
| Austin, TX City Manager T.C. Broadnax<br>Deputy City Manager Jon Fortune<br>Chief of Staff Susana Carbajal | )<br>)<br>) |
| _____<br>_Defendant(s)_<br>_(Write the full name of each defendant who is being sued. If the_<br>_names of all the defendants cannot fit in the space above, please_<br>_write "see attached" in the space and attach an additional page_<br>_with the full list of names.)_ | )<br>)<br>)<br>) |

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael James Ross |
| Street Address | 3201 Bee Caves Road. Suite 120. P.O. Box 160431 |
| City and County | Austiin, Travis County |
| State and Zip Code | Texas, 78716 |
| Telephone Number | 949-376-7371 |
| E-mail Address | PollutionScience@Protonmail.com |

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)._ Attach additional pages if needed.

**Defendant No. 1**

Name — Austin, TX City Manager T.C. Broadnax

Job or Title (if known) — Austin, TX City Manager

Street Address — 301 W. 2nd, 3rd Floor

City and County — Austin, Texas - Travis County

State and Zip Code — Texas, 78701

Telephone Number — 512-974-2200

E-mail Address (if known) —

**Defendant No. 2**

Name — Deputy City Manager Jon Fortune

Job or Title (if known) — Deputy City Manager

Street Address — P. O. Box 1088

City and County — Austin, Texas - Travis County

State and Zip Code — Texas, 78767

Telephone Number — 512-974-2200

E-mail Address (if known) —

**Defendant No. 3**

Name — Chief of Staff Susana Carbajal

Job or Title (if known) — Chief of Staff

Street Address — 301 W. 2nd, 3rd Floor

City and County — Austin, Texas - Travis County

State and Zip Code — Texas, 78767

Telephone Number — 512-974-2200

E-mail Address (if known) —

**Defendant No. 4**

Name —

Job or Title (if known) —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

E-mail Address (if known) —

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

These officials have violated the Summary of the Pollution Prevention Act, Summary of the National Environmental Policy Act, Summary of the Marine Protection, Research, and Sanctuaries Act, Summary of the Food Quality Protection Act, Summary of the Safe Drinking Water Act. We have published a book with aditional environmental damage in Texas. PollutionScience101TexasvsbpOil.Blogspot.com / PollutionScience.com

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

     b.     If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Michael James Ross from PollutionScience.com states that the Travis County, Texas government has failed the people with properly protecting the environment. Here is the article PollutionScience.com has written about the environmental problems in Texas and why these problems need to be fixed. PollutionScience101TexasvsbpOil.Blogspot.com / PollutionScience.com

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

We want all 2024 Travis County, Texas Politicians to either fix many of the environmental problems or to leave office. These officials can either fix these environmental problems, or these officials should be fired and leave office.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _Sep 18 2024_

Signature of Plaintiff    _Michael Ross_

Printed Name of Plaintiff    Michael James Ross

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____